**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**MELISSA SINCLAIR**                                                                                         **PLAINTIFF**

**VS.**                                                                          **CAUSE NO.** 5:23-cv-86-KS-BWR

**THE KROGER CO.
and DOE DEFENDANTS 1 THROUGH 5**                                       **DEFENDANTS**

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Defendant, Kroger Limited Partnership I (incorrectly named "The Kroger Co." in the Complaint and sometimes hereinafter referred to as "Kroger" or "Kroger Defendant"), by and through counsel, has removed this action pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and other applicable law, from the Circuit Court of Pike County, Mississippi, (Civil Action No.: 23-31-PCT [MEC Case: 57CI1:23-cv-00031]), to the United States District Court for the Southern District of Mississippi, Western Division, located at Natchez, MS. The basis for removal is diversity of citizenship.

**Nature of the Civil Action Removed**

1.

On May 15, 2020, the Plaintiff filed the above captioned civil action. Process was served upon Defendant on or about August 28, 2023. This lawsuit first became removable to this Court at that time. A copy of the Plaintiff's Complaint filed with the Circuit Clerk of Pike County, Mississippi, along with all process, pleadings and orders served upon this Defendant is attached hereto as **Exhibit "A"** and incorporated herein by reference.

2.

The Complaint alleges that this lawsuit arose out of a slip and fall incident at the Kroger Store, 1617 Delaware Avenue, McComb, Mississippi, on May 25, 2020. The Complaint alleges,

in part, that on or about May 25, 2020, the Plaintiff, Melissa Sinclair, fell because a spot on the floor inside Kroger's grocery was wet and slippery. Due to the dangerous condition of the floor, sustained injuries including but not limited to her back and hip. The Complaint alleges and demands an unlimited amount for Kroger's alleged "Negligence", "Vicarious Liability", and "Gross Negligence." Specifically, the Complaint claims that as a direct and proximate cause of Kroger's negligence she suffered "A). Past, present, and future medical expenses, (B). Past, present, and future physical disability; (C). Past, present, and future pain and suffering; and, (D). Other damages to be developed during discovery. [Doc. 1, ¶ 15-16].

The Complaint concludes with the following unlimited statement of **RELIEF SOUGHT**:

WHEREFORE, Plaintiff requests judgment against the Defendant(s) as follows:

A. A monetary judgment in favor of Plaintiff, in an amount to be determined by the jury, representing an award of compensatory damages in a sum in excess of the minimal jurisdictional amount of this Court;

B. A monetary judgment in favor of Plaintiff, in an amount to be determined by the jury, representing an award of exemplary/punitive damages;

C. Pre-judgment and post-judgment interest as allowed by law;

D. Costs of court;

E. An award of attorney's fees, if applicable, in an amount to be determined on post-judgment motion; and,

F. Any other general relief which may be warranted.

**Removal Based on Diversity of Citizenship**

3.

Taking the allegations of the Complaint as true, Plaintiff is an adult resident citizen of Pike County, Mississippi.

4.

Kroger Limited Partnership I, is an Ohio entity with its principal place of business located within the State of Ohio. Further, Defendant provides the following CORPORATE DISCLOSURE STATEMENT for KROGER LIMITED PARTNERSHIP I. The partners of Kroger Limited Partnership I are: KRGP Inc. is the general partner. It is an Ohio Corporation with Ohio citizenship. There are no parent corporations nor any publicly held corporations which own ten percent (10%) or more of its stock. The Kroger Co. is the limited partner. It is an Ohio Corporation with Ohio citizenship. There are no parent corporations nor any publicly held corporations which own ten percent (10%) or more of its stock. All Defendants required for removal have consented to and/or joined in this removal.

5.

Pursuant to 28 U.S.C. § 1332 and § 1441, this Court has original subject matter jurisdiction over the present action based on diversity of citizenship, in that it is a civil action where the matter in controversy is between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. The Complaint alleges and demands an unlimited amount of recovery of damages for personal injuries and past, present and future medical treatment *in excess of the maximal jurisdictional limitation* as a result of Defendant's alleged negligence.

6.

Pursuant to 28 U.S.C. § 1441, the United States District Court for the Southern District of Mississippi, Western Division at Natchez, is the federal district court for the district and division embracing the place where the state court suit is pending.

7.

## Notice to Adverse Parties and the
## Clerk of the Circuit Court, Pike County, Mississippi

The removing defendants hereby certify that written notice of the filing of this NOTICE OF REMOVAL has been served upon all adverse parties and a copy will be filed with the Clerk of the Circuit Court of Pike County, Mississippi, thereby effecting the removal of this action to this Court. Pursuant to 28 U.S.C. § 1446(d) notice is hereby given that the state court action shall proceed no further unless and until the case is remanded.

**WHEREFORE, PREMISES CONSIDERED**, the removing Defendant files this NOTICE OF REMOVAL with the United States District Court for the Southern District of Mississippi, Western Division at Natchez, and respectfully prays that this Court will proceed with the handling of this case as if it had been originally filed herein, and that further proceedings in the Circuit Court of Pike County, Mississippi, shall proceed no further unless and until the case is remanded thereto.

**RESPECTFULLY SUBMITTED**, this the 27th day of September, 2023.

FOR: **KROGER LIMITED PARTNERSHIP I**

BY: */s/ Michael E. Phillips*
Michael E. Phillips

OF COUNSEL:

Michael E. Phillips (MSB #100119)
Claire K. Robinett (MSB 104984)
**HAGWOOD AND TIPTON**
213 Draperton Drive | Suite A
Ridgeland, MS 39157
Telephone: 601-608-6300
Fax: 601-362-3642
Email: mphillips@hatlawfirm.com
Email: crobinett@hatlawfirm.com

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney of record, do hereby certify that I have this day served a true and correct copy of the foregoing NOTICE OF REMOVAL via the ECF and MEC systems upon the following:

Robert C. Boyd (MSB #4218)
ROBERT BOYD and ASSOCIATES, PLLC
103 Woodchase Park Drive (39056)
P.O. Box 1297
Clinton, MS 39060-1297
Phone: 601-925-5511
Fax: 601-925-5533
Email: Robert@BoydAttorneys.com
        LawyerBoyd@gmail.com
ATTORNEY FOR PLAINTIFF

Hon. Roger Graves
Pike County Circuit Clerk
P.O. Drawer 31
Magnolia, MS 39652
Phone: (601) 783-2581

**THIS**, the 27th day of September, 2023.

BY:   */s/ Michael E. Phillips*
      Michael E. Phillips